PEOPLE v. PERLSTEIN et al.

(Common Pleas of New York City and County, General Term. December 2, 1889.)

BAIL—JUDGMENT ON FORFEITED RECOGNIZANCE—VACATION.

　　A judgment on a forfeited recognizance will be vacated, where accused was confined to his house by illness on the day set for trial, and died soon after.

Application to vacate judgment against Elias H. Perlstein, as principal, and one Wollowitz, as surety, entered on forfeited recognizance.

Argued before LARREMORE, C. J., and DALY and VAN HOESEN, JJ.

J. R. Fellows, Dist. Atty., for the People. Samuel J. Crook, for defendant.

PER CURIAM. The prisoner was accused of selling and disposing of goods on a Sunday, and held to bail in the sum of $100, and required to appear for trial on December 28, 1888. On that day he was ill, and confined to the house, and died on January 30, 1889. The judgment subsequently entered on May 16, 1889, on the forfeited recognizance, should be vacated.

---

PEOPLE v. PERLSTEIN et al.

(Common Pleas of New York City and County, General Term. December 2, 1889.)

BAIL—JUDGMENT ON FORFEITED RECOGNIZANCE—VACATION.

　　A judgment on a forfeited recognizance will be vacated, where the surety afterwards produces the accused in court, and he pleads guilty, and pays a fine.

Application to vacate judgment against Meyer S. Perlstein, as principal, and one Wollowitz, as surety, entered on forfeited recognizance.

Argued before LARREMORE, C. J., and DALY and VAN HOESEN, JJ.

J. R. Fellows, Dist. Atty., for the People. Samuel J. Crook, for defendant.

PER CURIAM. The prisoner was accused of publicly offering merchandise for sale on Sunday, and held to bail in the sum of $100. The recognizance was forfeited on the 21st day of February, 1889, on which day he failed to appear for trial. On the 3d day of June following the surety caused the prisoner to be produced in court. He pleaded guilty, and a fine of five dollars was imposed upon him, which he paid. The application should be granted.